BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-MC-00039-JAM-KJN |
| Plaintiff, | CONSENT JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $42,920.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Consent Judgment of Forfeiture, the Court finds:

1. On or about January 24, 2012, Special Agents James Delaney and Richard Britt with the Drug Enforcement Administration ("DEA") and El Dorado County Sheriff's Deputy Applegate contacted Jesse Mahon ("Mahon") on an Amtrak train arriving in Roseville, California, from New York. Two bags were seized from Mahon, one of which contained approximately $42,920.00 in U.S. Currency (hereafter "defendant currency"). The DEA commenced administrative forfeiture proceedings, sending direct written notice to all known potential claimants and publishing notice to all others. On or about March 22, 2012, the DEA received a claim from Jesse Mahon asserting an ownership interest in the defendant currency.

2. The United States represents that it could show at a forfeiture trial that

1

Consent Judgment of Forfeiture

PDF created with pdfFactory trial version www.pdffactory.com

on January 24, 2012, DEA agents and El Dorado County Sheriff's Deputies, acting on a tip, approached Mahon while he was on an Amtrak train headed to Sacramento. The agents and deputies introduced themselves as law enforcement and asked Mahon if they could search his bag. Mahon provided consent and the agents discovered several bundles of cash in one of his carry-on bags. When asked, Mahon stated that he had "about $7,000" in the carry-on bag, but the officer said that he felt several bundles of cash. The officers then obtained a state search warrant and discovered the defendant currency in Mahon's bag.

3. The United States could further show at trial that a drug dog positively alerted to the presence of the odor of narcotics on the bag containing the defendant currency.

4. The United States could further show at trial that the defendant currency is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

5. Without admitting the truth of the factual assertions contained above, Jesse Mahon specifically denying the same, and for the purpose of reaching an amicable resolution and compromise in this matter, Jesse Mahon joined the Stipulation for Consent Judgment of Forfeiture filed herein. Jesse Mahon hereby acknowledges that he is the sole owner of the defendant currency, and that no other person or entity has any legitimate claim of interest therein. Should any person or entity institute any kind of claim or action against the government with regard to its forfeiture of the defendant currency, Jesse Mahon shall hold harmless and indemnify the United States, as set forth below.

6. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355, as this is the judicial district in which acts or omissions giving rise to the forfeiture occurred.

7. This Court has venue pursuant to 28 U.S.C. § 1395, as this is the judicial district in which the defendant currency was seized.

8. The parties herein desire to settle this matter pursuant to the terms of a

PDF created with pdfFactory trial version www.pdffactory.com

duly executed Stipulation for Consent Judgment of Forfeiture.

Based upon the above findings, and files and records of the Court, it is hereby ORDERED AND ADJUDGED:

9. The Court adopts the Stipulation for Consent Judgment of Forfeiture entered into by and between the parties.

10. Upon entry of this Consent Judgment of Forfeiture, $31,920.00 of the $42,920.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881 (a)(6), to be disposed of according to law.

11. Upon entry of this Consent Judgment of Forfeiture, but no later than 60 days thereafter, $11,000.00 of the $42,920.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to potential claimant Jesse Mahon.

12. Plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

13. Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court finds that there was reasonable cause for the seizure of the defendant currency and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

14. No portion of the stipulated settlement, including statements or admissions made therein, shall be admissible in any criminal action pursuant to Rules

///

///

Consent Judgment of Forfeiture

PDF created with pdfFactory trial version www.pdffactory.com

408 and 410(4) of the Federal Rules of Evidence.

15. All parties will bear their own costs and attorney's fees.

IT IS SO ORDERED.

DATED:  May 25, 2012                                    /s/ John A. Mendez
                                                        United States District Court Judge

# CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the above-described defendant currency.

DATED:  May 25, 2012                                    /s/ John A. Mendez
                                                        United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com